UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EATON CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>BREAKERS UNLIMITED INC., BAY POWER INC., ANY BREAKERS LLC, CONSOLIDATED PARTS INC. d/b/a ALL INDUSTRIAL ELECTRIC SUPPLY INC., OTC ENTERPRISES LLC d/b/a ABSOLUTE ELECTRIC SUPPLY, SILICON VALLEY BREAKER AND CONTROL INC., JESUS GARCIA, JOHN DOES 1-10, and XYZ CORP. 1-10.<br><br>    Defendants. | CASE NO. 1:25-cv-00103-RLY-TAB |

**[PROPOSED] ORDER GRANTING PLAINTIFF EATON CORPORATION'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

Plaintiff Eaton Corporation ("Plaintiff" or "Eaton") has moved for leave to amend its Complaint. Plaintiff brings this Motion after further investigations and party discovery has revealed the need two add two additional defendants, Global Breakers, Inc., and Industrial Depot, LLC., who were identified by Breakers Unlimited, Inc. ("Breakers Unlimited") as the suspected sources of their counterfeit Eaton products. Further, Defendant Breakers Unlimited brought a Motion for Judgment on the Pleadings with respect to Eaton's Count V—Conspiracy as applied to Breakers Unlimited. In response to Breakers Unlimited Motion, Eaton moved for leave to amend its complaint to add factual allegations that were discovered through party discovery in support of their Count V-Conspiracy claim. Having reviewed Eaton's Motion for Leave to Amend Its Complaint, the Court finds:

    1.    Plaintiff's Motion for Leave to Amend Its Complaint is hereby GRANTED;

2. Plaintiff shall have seven (7) days from the entering of this order to file its Verified Amended Complaint.

**SO ORDERED.**