UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EATON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00103-RLY-TAB |
| | ) |
| BAY POWER INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

**SCHEDULING ORDER**

The telephonic status conference set for APRIL 21, 2026 is VACATED AND

RESET for **APRIL 24, 2026 at 12:00 p.m Eastern/ 11:00 a.m. Central** before the

Honorable Richard L. Young, Judge. The information needed to participate in this

**telephonic** conference remains the same as previously provided by a separate

notification.

**SO ORDERED** this 20th day of April 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record