**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| EATON CORPORATION<br><br>    *Plaintiff,*<br><br>v.<br><br>BREAKERS UNLIMITED INC., BAY POWER INC., ANY BREAKERS LLC, CONSOLIDATED PARTS INC. d/b/a ALL INDUSTRIAL ELECTRIC SUPPLY INC., OTC ENTERPRISES LLC d/b/a ABSOLUTE ELECTRIC SUPPLY, SILICON VALLEY BREAKER AND CONTROL INC., SOUTH FLORIDA ELECTRICAL SALES, LLC d/b/a INDUSTRIAL DEPOT, GLOBAL BREAKERS, INC., JESUS GARCIA, JOHN DOES 1-10, and XYZ CORP. 1-10.<br><br>    *Defendants*. | CASE NO. 1:25-cv-103-RLY-TAB |

## UNOPPOSED MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

Plaintiff Eaton Corporation ("Eaton") respectfully moves this Court to continue and reschedule the settlement conference between Eaton and Defendant South Florida Electrical Sales, LLC d/b/a Industrial Depot ("Industrial Depot") before Magistrate Judge Tim A. Baker scheduled for April 23, 2026 at 9:00 am (Eastern Time) [ECF 378]. Should this Court permit a continuance, Eaton respectfully requests a rescheduled date of May 7, 2026, or as soon thereafter based on the Court's availability. In support, Eaton states as follows:

1.     On March 25, 2026, this Court entered its Order Setting Settlement Conference and Related Deadlines (ECF 378, "Order") setting a settlement conference between Eaton and Industrial Depot for April 23, 2026 at 9:00 am EST via videoconference ("Settlement Conference"). The Court also set additional deadlines and requirements relating to the Parties' settlement positions and proposals.

2.    Eaton was to provide Industrial Depot with its updated settlement proposal 14 days prior to the Settlement Conference (April 9, 2026), with Industrial Depot's responsive proposal due 7 days later (April 16, 2026). Both Parties complied with this requirement.

3.    Both parties were also required to submit a confidential settlement statement to the Court 3 days prior to the Settlement Conference (April 20, 2026). Eaton timely submitted its settlement statement to the Court.

4.    The Court's Order also required that that "[c]lient representatives for all parties must have final settlement authority without consulting someone else who is not present." (ECF 378 at 1.)

5.    Eaton has been working diligently to receive final settlement authority for the Settlement Conference from the necessary internal personnel.

6.    However, Eaton has been unable to secure full and final settlement authority prior to the date of the Settlement Conference and needs additional time to do so. As a multi-national corporation balancing several competing considerations, certain key personnel have not yet signed off on the settlement authority range and those personnel have just become unavailable, traveling internationally addressing another important matter. As a result, despite efforts to ascertain authority, Eaton does not expect to have it in hand before Thursday.

7.    Accordingly, Eaton seeks a slight continuance of a minimal 14 days for the Settlement Conference, to be rescheduled for May 7, 2026, or as soon thereafter as this Court is available.

8.    The purpose of this Motion is to ensure that Eaton is able to secure final settlement authority in full compliance with this Court's Order to ensure the best possible opportunity to

resolve the case. Eaton respects the Court's time and is grateful for the setting of the conference and does not wish to inconvenience the Court.

9.    Eaton has spoken with Counsel for Industrial Depot and they do not object to continuing the Settlement Conference.

10.    This Motion is not brought for the purposes of delay, good cause exists, and no party will be prejudiced by the relief requested herein.

**WHEREFORE**, Eaton, by and through its undersigned counsel, respectfully requests that the April 23, 2026 settlement conference be VACATED and RESET for May 7, 2026, or as soon thereafter as this Court is available, to be held via videoconference, and grant any other relief that this Court deems reasonable and just.

Respectfully submitted,

/s/ *Cameron M. Nelson*

Cameron M. Nelson*
Katherine M. Cronin*
Blake H. Altman
GREENBERG TRAURIG, LLP
360 North Green Street, Suite 1300
Chicago, IL 60607
Tel.: 312-456-8400
nelsonc@gtlaw.com
cronink@gtlaw.com
blake.altman@gtlaw.com

Bina Palnitkar*
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Tel.: 214-665-3727
palnitkarb@gtlaw.com

Riley H. Floyd
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204

3

Telephone: (317) 822-4400
Email: rfloyd@hooverhullturner.com

*Admitted *pro hac vice*

*Attorneys for Plaintiff Eaton Corporation*