**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

EATON CORPORATION

    *Plaintiff,*

v.

BREAKERS UNLIMITED INC., BAY
POWER INC., ANY BREAKERS LLC,
CONSOLIDATED PARTS INC. d/b/a ALL
INDUSTRIAL ELECTRIC SUPPLY INC.,
OTC ENTERPRISES LLC d/b/a ABSOLUTE
ELECTRIC SUPPLY, SILICON VALLEY
BREAKER AND CONTROL INC., SOUTH
FLORIDA ELECTRICAL SALES, LLC d/b/a
INDUSTRIAL DEPOT, GLOBAL
BREAKERS, INC., JESUS GARCIA, JOHN
DOES 1-10, and XYZ CORP. 1-10.

    *Defendants*.

CASE NO. 1:25-cv-103-RLY-TAB

On March 24, 2026, Plaintiff Eaton Corporation and Defendant South Florida Electrical Sales, LLC sent the chambers of the undersigned an email requesting a settlement conference as between these two parties and also inquired as to whether the conference could be conducted via Zoom. On March 25 the Court granted this request, expediting a Zoom settlement conference for April 23, 2026. [Filing No. 378.] The instant motion--filed one day before the settlement conference--asks to continue the conference because Eaton needs additional time to secure final settlement authority. The Court grants the motion in part. The April 23 settlement conference is vacated. However, the Court will not reset a settlement conference with these parties unless they first attempt private mediation. The Court fully accommodated these parties on its busy docket. To be sure, the undersigned has conducted numerous conferences in this case with the parties. The instant, last-minute motion for continuance based on a lack of settlement authority is, at best, disappointing.

Tim A. Baker
U.S. Magistrate Judge
Dated: 4/22/2026

**UNOPPOSED MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE**

Plaintiff Eaton Corporation ("Eaton") respectfully moves this Court to continue and reschedule the settlement conference between Eaton and Defendant South Florida Electrical Sales, LLC d/b/a Industrial Depot ("Industrial Depot") before Magistrate Judge Tim A. Baker scheduled for April 23, 2026 at 9:00 am (Eastern Time) [ECF 378]. Should this Court permit a continuance, Eaton respectfully requests a rescheduled date of May 7, 2026, or as soon thereafter based on the Court's availability. In support, Eaton states as follows:

1.      On March 25, 2026, this Court entered its Order Setting Settlement Conference and Related Deadlines (ECF 378, "Order") setting a settlement conference between Eaton and Industrial Depot for April 23, 2026 at 9:00 am EST via videoconference ("Settlement Conference"). The Court also set additional deadlines and requirements relating to the Parties' settlement positions and proposals.