UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EATON CORPORATION,               )
                                 )
                Plaintiff,       )
                                 )
        v.                       )        No. 1:25-cv-00103-RLY-TAB
                                 )
BREAKERS UNLIMITED INC., et al.  )

**Entry on Telephonic Scheduling Conference of April 24, 2026**

**Before the Honorable Richard L. Young, Judge**

The parties appeared, Plaintiff by Riley Floyd, Bina Palnitkar, and Cameron Nelson; Defendants Consolidated Parts Inc. and OTC Enterprises LLC by Robyn Marsh; Defendant Any Breakers, LLC by Joshua Simmons and Justin Taylor; Defendant South Florida Electrical Sales, LLC by Darren Spielman; Defendant Global Breakers, Inc. by Robert MacGill; Defendant Breakers Unlimited, LLC by Terry Henry and Timothy Pecsenye; Defendant Silicon Valley Breaker and Control and Defendant Jesus Garcia by Ammad Rafiqi.

The parties request additional time for continued discussions regarding the permanent injunction. A further status conference is set for **JUNE 1, 2026, at 1:30 p.m. (Central)** before the Honorable Richard L. Young, Judge. The information needed to participate in this **telephonic** conference will be provided by a separate notification.

Distributed Electronically to Registered Counsel of Record.

1