UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EATON CORPORATION,                    )
                                      )
                Plaintiff,            )
                                      )
        v.                            )        No. 1:25-cv-00103-RLY-TAB
                                      )
BAY POWER INC., et al.,               )
                                      )
                Defendants.           )

**ORDER CLARIFYING FILING NO. 377**

The Court, on its own, corrects a typo in the chart at the end of Filing No. 377. The chart indicates the filings that should be unsealed, and mistakenly lists Filing No. 346-6 as one of those filings. It should have stated Filing No. 347-6. The Clerk is directed to unseal Filing No. 347-6 after 21 days, absent any motion to reconsider, appeal, or further Court order.

Date: 5/29/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email