UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EATON CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-00103-JPH-TAB |
| | ) | |
| v. | ) | |
| | ) | |
| BREAKERS UNLIMITED INC., | ) | |
| BAY POWER INC., | ) | |
| ANY BREAKERS LLC, | ) | |
| CONSOLIDATED PARTS INC. d/b/a ALL | ) | |
| INDUSTRIAL ELECTRIC SUPPLY, | ) | |
| OTC ENTERPRISES LLC d/b/a ABSOLUTE | ) | |
| ELECTRIC SUPPLY, | ) | |
| SILICON VALLEY BREAKER AND | ) | |
| CONTROL INC., SOUTH FLORIDA | ) | |
| ELECTRICAL SALES, LLC d/b/a | ) | |
| INDUSTRIAL DEPOT, GLOBAL | ) | |
| BREAKERS, INC., JESUS GARCIA, | ) | |
| JOHN DOES 1-10, and XYZ CORP. 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW COUNSEL FOR DEFENDANT BREAKERS UNLIMITED INC.**

Pursuant to Local Civil Rule 83.7, Defendant Breakers Unlimited Inc. ("Breakers Unlimited") respectfully moves this Court for an Order withdrawing Timothy Pecsenye as counsel in this action. Mr. Pecsenye retired from Blank Rome and readily consents to this motion. Breakers Unlimited will continue to be represented by Blank Rome attorneys Terry Henry, Daniel Saeedi, and Asia Livingstone, as counsel of record in this case, such that Mr. Pecsenye's withdrawal will not prejudice the parties or cause undue delay.

Accordingly, Breakers Unlimited, through undersigned counsel, respectfully requests that the Court grant its motion to withdraw Mr. Pecsenye's appearance in this case.

Respectfully submitted,

Dated: June 2, 2026

By: */s/ Terry M. Henry*
Terry M. Henry, admitted *pro hac vice*
Asia O. Livingstone, admitted *pro hac vice*
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
215-569-5644
Terry.Henry@BlankRome.com
215-569-5788
Asia.Livingstone@BlankRome.com

Daniel Saeedi
BLANK ROME LLP
444 West Like Street, Suite 1650
Chicago, IL 60606
312-776-2517
Daniel.Saeedi@BlankRome.com

*Counsel for Defendant Breakers Unlimited Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I caused to be filed a copy of the foregoing Motion to Withdraw to the Court's CM/ECF system, and service was effected electronically to all counsel of record.

/s/ *Asia O. Livingstone*
Asia O. Livingstone

Case 1:25-cv-00103-RLY-TAB    Document 397    Filed 06/02/26    Page 4 of 4 PageID #: 10601

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EATON CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-00103-JPH-TAB |
| | ) | |
| v. | ) | |
| | ) | |
| BREAKERS UNLIMITED INC., | ) | |
| BAY POWER INC., | ) | |
| ANY BREAKERS LLC, | ) | |
| CONSOLIDATED PARTS INC. d/b/a ALL | ) | |
| INDUSTRIAL ELECTRIC SUPPLY, | ) | |
| OTC ENTERPRISES LLC d/b/a ABSOLUTE | ) | |
| ELECTRIC SUPPLY, | ) | |
| SILICON VALLEY BREAKER AND | ) | |
| CONTROL INC., SOUTH FLORIDA | ) | |
| ELECTRICAL SALES, LLC d/b/a | ) | |
| INDUSTRIAL DEPOT, GLOBAL | ) | |
| BREAKERS, INC., JESUS GARCIA, | ) | |
| JOHN DOES 1-10, and XYZ CORP. 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of the Motion to withdraw Timothy Pecsenye as counsel for Defendant Breakers Unlimited Inc., it is hereby ORDERED that the Motion is Granted. The Clerk of the Court is directed to remove the appearance of Timothy Pecsenye from the docket of this case.

SO ORDERED this _____ day of _____, 2026.

_____
United States District Judge

4