UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EATON CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-00103-RLY-TAB |
| | ) | |
| v. | ) | |
| | ) | |
| BREAKERS UNLIMITED INC., | ) | |
| BAY POWER INC., | ) | |
| ANY BREAKERS LLC, | ) | |
| CONSOLIDATED PARTS INC. d/b/a ALL | ) | |
| INDUSTRIAL ELECTRIC SUPPLY, | ) | |
| OTC ENTERPRISES LLC d/b/a ABSOLUTE | ) | |
| ELECTRIC SUPPLY, | ) | |
| SILICON VALLEY BREAKER AND | ) | |
| CONTROL INC., SOUTH FLORIDA | ) | |
| ELECTRICAL SALES, LLC d/b/a | ) | |
| INDUSTRIAL DEPOT, GLOBAL | ) | |
| BREAKERS, INC., JESUS GARCIA, | ) | |
| JOHN DOES 1-10, and XYZ CORP. 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

This matter is before the Court on the Motion to withdraw Timothy Pecsenye as counsel for Defendant Breakers Unlimited Inc.  The Court, being duly advised, now GRANTS the Motion. [Filing No. 397.]

IT IS THEREFORE ORDERED that the appearance of Timothy Pecsenye is hereby withdrawn from the docket of this case.

Date: 6/3/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email