UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EATON CORPORATION,                    )
                                      )
                Plaintiff,            )
                                      )
        v.                            )        No. 1:25-cv-00103-RLY-TAB
                                      )
BREAKERS UNLIMITED INC., et al.       )

**Entry on Telephonic Status Conference of June 22, 2026**

**Before the Honorable Richard L. Young, Judge**

The parties appeared, Plaintiff by Riley Floyd, Bina Palnitkar, and Cameron Nelson; Defendants Consolidated Parts Inc. and OTC Enterprises LLC by Robyn Marsh; Defendant Any Breakers, LLC by Joshua Simmons and Justin Taylor; Defendant South Florida Electrical Sales, LLC by Darren Spielman; Defendant Global Breakers, Inc. by Patrick Sanders and Robert MacGill; Defendant Breakers Unlimited, LLC by Terry Henry; Defendant Silicon Valley Breaker and Control and Defendant Jesus Garcia by Ammad Rafiqi.

The parties provided a progress update.  Any rulings shall issue by separate order.

Distributed Electronically to Registered Counsel of Record.

1