UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EATON CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00103-RLY-TAB |
| | ) | |
| BAY POWER INC., et al.; | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This matter is set for a telephonic status conference at 11 a.m. (Eastern Time) on July 29, 2026,** before Magistrate Judge Tim A. Baker. Parties shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. The purpose of this conference is to address case status and settlement. **The parties shall file a proposed Case Management Plan no later than July 13, 2026.**

Date: 6/22/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email