**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| EATON CORPORATION<br><br>  Plaintiff,<br><br>v.<br><br>BREAKERS UNLIMITED INC., BAY POWER INC., ANY BREAKERS LLC, CONSOLIDATED PARTS INC. d/b/a ALL INDUSTRIAL ELECTRIC SUPPLY INC., OTC ENTERPRISES LLC d/b/a ABSOLUTE ELECTRIC SUPPLY, SILICON VALLEY BREAKER AND CONTROL INC., SOUTH FLORIDA ELECTRICAL SALES, LLC d/b/a INDUSTRIAL DEPOT, GLOBAL BREAKERS INC., JESUS GARCIA, JOHN DOES 1-10, and XYZ CORP. 1-10.<br><br>  Defendants. | CASE NO. 1:25-cv-103-RLY-TAB |

**SEALED *AMENDED* DECLARATION OF TOM GRACE IN SUPPORT OF MOTION FOR PERMANENT INJUNCTION**

Eaton submits this declaration under seal, with a publicly available redacted version accompanying this declaration, pursuant to Local Rule 5-11(d)(3). This declaration amends Dkt. No. 299, which this Court authorized to be maintained under seal given the non-public facing anti-counterfeiting indicia discussed. See Dkt. 377 at 6. No changes were made to the redacted portions of the declaration previously submitted.

I, Tom Grace, hereby declare and state as follows:

1.     I am over the age of eighteen years old and am competent to give this Declaration.

I have personal knowledge of the facts set forth herein and, if called to testify, I would and could

competently testify to those facts.

1

2.　　　I am submitting this Declaration in support of Plaintiff Eaton Corporation ("Plaintiff") Motion for Entry of Permanent Injunction ("Permanent Injunction") in the above-captioned matter.

3.　　　I currently hold the position of Brand Protection Manager at Eaton Corporation. In this position, I am responsible for ensuring that all authentic EATON® product, including circuit breakers, meet Eaton's precise quality standards and properly display the EATON® Marks.

4.　　　Through my role as Brand Protection Manager, I have obtained personal knowledge of the characteristic features of Eaton's high-quality, authentic EATON® branded circuit breakers. I have knowledge and experience in inspecting products and packaging to distinguish between authentic EATON® branded circuit breakers and counterfeit EATON products based on a visual inspection.

### Breakers Unlimited's Post-Lawsuit Sale of a Product Bearing the Series C Mark

5.　　　On March 25, 2025, an independent reseller located in Canada contacted me regarding a circuit breaker it had purchased from Breakers Unlimited on March 21, 2025. The purchase was for an FD3045U molded case circuit breaker ("MCCB"). The independent reseller provided a photo of his receipt from Breakers Unlimited as well as photo of the breaker. True and correct copies of these photos hereto **Exhibit A**.

6.　　　The breaker labels shown in the photos are not made by Eaton. The breaker label states "Use of trademarks is for information purposes only and doesn't represent an endorsement of the mfg." It also states "Not Original Manufactures [sic] Label." However, the label bears the designation "Series C," which is a registered trademark owned by Eaton and referenced in my earlier declaration.

### Additional information relating to the origin of circuit breakers bearing counterfeit labels

7.　　　In my earlier declaration I stated "many of the counterfeit breakers relevant to this case were, at one point, genuine breakers manufactured by Eaton to the IEC standard for sale outside the United States." In general, *if* the circuit breaker in question still bears its original serial

number, bar code or QR code, I can determine what the breaker was originally, before it was relabeled, assuming that the serial number on the breaker hasn't also been forged or copied. If there is no serial number, bar code or QR code, or if the serial number, bar code or QR code has been forged or copied, there is not a definitive way to determine, from a visual inspection, if the breaker was originally manufactured by Eaton or what the breaker was originally manufactured as.

8.     However, it may be possible to determine from a visual inspection that a particular breaker was *not* originally manufactured by Eaton. During my visual inspection of breakers at issue in this case, I noticed breakers where the Eaton logo marked on the terminals did not appear to be ███████████ — ████████████████████████ ██████. As a result, I began comparing the laser markings on genuine Eaton breakers and on counterfeit breakers using a magnifying camera.

9.     Genuine Eaton MCCBs contain an "Eaton" logo on the ████████████████. This occurs during the manufacturing process at the same time that other laser markings are applied. When the laser markings are applied, the breakers ████████████████ ████████████████████████████████. As a result of this fixture, the position of laser markings on the terminals of genuine Eaton circuit breakers should ██████████████████████████.

10.    A video of this fixture is publicly available at https://videos.eaton.com/detail/videos/circuit-protection/video/3629323087001/series-c-circuit-breakers-lasermarker?autoStart=true&page=1. This publicly-available video has been purposefully edited to not include the marking of the terminals, as disclosing that information to counterfeiters would make it easier for them to counterfeit Eaton's products. Nevertheless, I have personally observed this process and can confirm the terminals are laser marked at the same time that the other laser markings are applied.

11.    ███████████████████████████████████████████████ ████████████████████████████████ A true

and correct copy of Eaton's laser-marking control file with these parameters is attached hereto as **Exhibit B.** I obtained a genuine Eaton breaker and photographed its terminals with a handheld magnifying camera. True and correct copies of these photos are attached hereto as **Exhibit C**. One such photo is reproduced below:



12.     Eaton's counsel was allowed to visually inspect a small number of molded case circuit breakers sequestered from OTC's inventory at OTC's counsel's office.  From this inspection, Eaton's counsel shared photos with me of these breakers for my help in identifying counterfeit products. From these photos, I identified irregularities in the laser markings on the breaker terminals which are inconsistent with Eaton's manufacturing process described above. These irregularities include ████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████. Photos of these markings are reproduced below:



13.      I also was permitted to attend an inspection at Industrial Depot. At the Industrial Depot inspection, I observed additional irregularities on terminal laser markings which are not consistent with Eaton's manufacturing process. These included ███████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███ . Photos of these markings are reproduced below:

████████████████████████████████████████████████



14.     During my visual inspection of breakers at issue in this case I noticed breakers where the Eaton logo marked on the terminals did not appear to be consistently placed — they ████████████████████████████████ As a result, I began comparing the laser markings on genuine Eaton breakers and counterfeit breakers using a magnifying camera.

15.     Eaton considers the information contained herein regarding laser markings to be extremely confidential. I believe the photos shown above demonstrate that counterfeiters are actively trying to duplicate Eaton's laser markings. If the persons making these breakers learn exactly what they are doing wrong, then they can change their markings to more closely match Eaton's genuine markings, which will make it even more difficult for Eaton to identify counterfeit goods.

16.     It is important that Eaton be able to identify counterfeits with a visual inspection, as opposed to disassembling the breaker, because disassembly and analysis would be incredibly

7

time consuming. Accordingly, Eaton needs to protect the confidentiality of some of its visual identifiers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Certification was executed on the date shown below, at Coraopolis, Pennsylvania.

Dated:  6/29/26

8

# EXHIBIT A

Breakers Unlimited, Inc. 800-875-3294

**Breakers Unlimited now has an 11th shipping location in Kansas City!**

rs Unlimited, Inc. 800-875-3294    Home    My Account    View Cart    Logout    Contact Us

us Plugs    Contacts    Controls    Disconnects    Fuses    Switches



**Receipt**

Please print receipt for your records.

**Order ID:** ███    **Date Ordered:** ███    **Time Ordered:** ███ :

**Shipping Information:**
Rs Br ███
Scott ███
5895 ███
Missi ███
905-█ ███
Fax:
Message: ███

**Billing Information:**
███

**Shipping Information**
Service:                              UPS Next Day Air
                                      Saver
Third Party Bill UPS Account#    ███
Small order charge of $5.00 if order is under    $0.00
$100.00:                              TBD
**Shipping charges based on 3rd party calculations:**
**Blind Ship:**                       No
**Will Call:**                        No

**Payment Information**
███

## Item(s) Ordered:

| Item#<br>FD3045U | Description:<br>3P-45A-600VAC CHMCCBUSED | Qty:<br>1 | Ext. Total:<br>$336.00 |
|---|---|---|---|

### Summary Of Charges:

| | |
|---|---|
| SubTotal: | $336.00 |
| Small order charge of $5.00 if order is under $100.00: | $0.00 |
| Estimated Taxes: | $0.00 |
| Estimated Total Without Shipping Charges: | $336.00 |
| Shipping charges based on 3rd party calculations: | TBD |

Copyright 2010-2025 Breakers Unlimited, Inc. For more information contact the Webmaster.



# EXHIBIT B

**EATON CONFIDENTIAL**

## Celda 1



**EATON CONFIDENTIAL**

# Celda 2



Celda 2

**EATON CONFIDENTIAL**

**EATON CONFIDENTIAL**

# Celda 3



**EATON CONFIDENTIAL**

**EATON CONFIDENTIAL**

## Celda 4



**EATON CONFIDENTIAL**

## Celda 5



**EATON CONFIDENTIAL**

# Celda 6



**EATON CONFIDENTIAL**

## Celda 7



Case 1:25-cv-00103-RLY-TAB    Document 404    Filed 07/02/26    Page 19 of 24 PageID #: 10650
EATON CONFIDENTIAL

# EXHIBIT C







