**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| EATON CORPORATION<br><br>*Plaintiff*,<br><br>v.<br><br>BREAKERS UNLIMITED INC., BAY POWER INC., ANY BREAKERS LLC, CONSOLIDATED PARTS INC. d/b/a ALL INDUSTRIAL ELECTRIC SUPPLY INC., OTC ENTERPRISES LLC d/b/a ABSOLUTE ELECTRIC SUPPLY, SILICON VALLEY BREAKER AND CONTROL INC., SOUTH FLORIDA ELECTRICAL SALES, LLC d/b/a INDUSTRIAL DEPOT, GLOBAL BREAKERS, INC., JESUS GARCIA, JOHN DOES 1-10, and XYZ CORP. 1-10.<br><br>*Defendants*. | CASE NO. 1:25-cv-103-RLY-TAB |

**AMENDED DECLARATION OF TOM GRACE IN SUPPORT OF MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER, ORDER GRANTING *EX PARTE* SEIZURE, ORDER RESTRAINING ASSETS, ORDER ALLOWING EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION[1]**

I, Tom Grace, hereby declare and state as follows:

1.      I am over the age of eighteen years old and am competent to give this Declaration. I have personal knowledge of the facts set forth herein and, if called to testify, I would and could competently testify to those facts.

2.      I am submitting this Declaration in support of Plaintiff Eaton Corporation's ("Plaintiff") *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Expedited Discovery Order, Order Freezing Assets and Order to Show Cause for Preliminary Injunction in

---

[1] The original Declaration, and corresponding exhibits, were filed at ECF 10-18. For purposes of this Amended Declaration, Eaton does not include the corresponding exhibits given their size.

1

the above-captioned matter.

3. I currently hold the position of Brand Protection Manager at Eaton Corporation. In this position, I am responsible for ensuring that all authentic EATON® product, including circuit breakers, meet Eaton's precise quality standards and properly display the EATON® Marks.

4. Through my role as Brand Protection Manager, I have obtained personal knowledge of the characteristic features of Eaton's high-quality, authentic EATON® branded circuit breakers. I have knowledge and experience in inspecting products and packaging to distinguish between authentic EATON® branded circuit breakers and counterfeit EATON products based on a visual inspection. Indeed, that is and has been an integral part of my job.

### Eaton's Products and Intellectual Property

5. Eaton Corporation ("Eaton") has its roots dating back to 1911 with investments in gear-driven truck axle and has grown over the last 113 years into a world leader in power management, supporting critical infrastructure and technology.

6. Eaton does business in over 175 countries helping customers effectively manage electrical, hydraulic, and mechanical power more reliably, efficiently, safely, and sustainably.

7. Eaton has over 92,000 employees worldwide and earned over $23 billion in sales in 2023.

8. Eaton is a well-known and well-respected producer of electrical circuit breakers.

9. The quality and exact specifications of Eaton products are of vital importance to Eaton and the public. All Eaton products are manufactured in accordance with strict quality control standards and to highly specific regulatory standards, which have allowed Eaton to establish and maintain, over many years, a reputation among electrical professionals for quality and meeting or exceeding applicable standards.

10. Eaton products are also manufactured in compliance with key safety standards. In North America, that means compliance with the National Electrical Manufacturers Association (NEMA), Canadian Standards Association (CSA), and Underwriters Laboratories (UL) standards. In other parts of the world, that means compliance with the International Electrotechnical Commission (IEC) standard. Some of these standards require third-party review and certification of Eaton's circuit breakers and the process for manufacturing them.

11. Consumers and the public recognize the Eaton brand and trademarks as indicators of source for circuit breakers which meet strict industry and regulatory standards of the highest quality.

12. Eaton has invested significant time, effort, and money in advertising and promoting circuit breakers under the Eaton Mark and to combating counterfeit products.

13. Eaton distributes its circuit breakers through an authorized network of distributors and retailers throughout the United States. These authorized resellers then distribute Eaton circuit breakers to electrical contractors for installation. Eaton provides a warranty for its breakers when the breakers are sold through an authorized Eaton reseller. In addition to electrical contractors, Eaton, or Eaton distributors, may also sell circuit breaker products to original equipment manufacturers of electrical equipment for use in larger electrical assemblies. Eaton also provides for a warrant for products sold to an authorized original equipment manufacturer, or "OEM."

14. Eaton's authorized resellers are an important component of Eaton's quality control warranty, and anti-counterfeiting systems. Authorized resellers are required to inform Eaton of problems relating to its products and customer complaints. Eaton breakers incorporate serial numbers and other anti-counterfeiting markings which assist Eaton and its authorized resellers in determining whether products returned by customers are genuine, and are the same products sold

by the authorized reseller.

15.    Eaton is the sole and rightful owner of the EATON® trademarks (the "Eaton Marks"), many of which are registered with the United States Patent and Trademark Office ("USPTO"), including the following marks:

| Mark / Reg. No. | Reg. Date / First Use Date | Relevant Goods |
|---|---|---|
| EATON<br>RN: 2893267 | Oct. 12, 2004<br>Jun. 20, 1972 | Class 9: electrical control apparatus, electrical machines, and electrical supplies, namely; controllers for dynamo-electric machines; starting, stopping, reversing, and speed regulating apparatus for motors; voltage and current regulating apparatus for generators and converters, and like control apparatus for rotary converters; electrical panelboards and switchboards;…safety switches; disconnect switches;…insulating bases and supports for switches and the like;…fuse panels; terminal plugs; wiring fixtures and conduit fittings consisting of switches; switch boxes and covers, attachment plugs, taps, receptacles, lamp sockets, and cord connectors; switch panels; control panels; load centers; meter centers; panel boards; switch boards; pump control panels; electrical switchgear;…circuit controllers for electric refrigerators, and protective apparatus, namely, overload circuit breakers, panels, and enclosures therefor and parts thereof;…voltage controls;…ac motor drive apparatus and controls; multiple motor drive apparatus and controls;…power supply controls;…fuse blocks;…manually, mechanically and motor operated switches;…control centers; electrical power distribution centers; electrical busways; bus ducts;…electromechanical actuators;…electrical protection and coordination apparatus; surge suppressors; motor protectors; intra-device communicators for circuit interrupters and contactors; voltage, current and power electrical metering units;…medium and low voltage electrical switchgear;…microprocessor controlled, electronic and mechanical circuit breakers, trip |

| | | |
|---|---|---|
| | | units; …protective relays… |
| RN: 4795853 | Aug. 18, 2015<br>Sep. 15, 2014 | Class 9: circuit and surge protection devices, residual current circuit breakers, residual current breaker with overload protection, miniature circuit breakers, molded case circuit breakers, electrical switches, surge protection devices |
| Powering Business Worldwide<br>RN: 3904707 | Jan. 11, 2011<br>Apr. 1, 2009 | Class 9: Circuit breakers, loadcenters for circuit breakers, circuit breaker panelboards, low and medium voltage switchgear, circuit interrupters, namely, circuit breakers, circuit cut-out switches, electric switches, structured wiring systems comprised of electric cables, electric outlets, and electric wires, voltage surge protectors, electric control panels, electronic sensors for sensing electric current, temperature, and moisture, electric control devices for heating and energy management, electrical distribution boxes for regulating amounts of electricity, computer software for monitoring and controlling electrical power, uninterruptible power supply devices, electric power suppression units, computer software for servicing and maintaining uninterruptible power supply devices, electrical connectors |
| Series C<br>RN: 3237236 | May 1, 2007<br>Feb. 13, 1984 | Class 9: Electrical circuit breakers |
| Series G<br>RN: 2953048 | May 17, 2005<br>May 21, 2004 | Class 9: Circuit Breakers |
| CH<br>RN: 2067544 | Jun. 3, 1997<br>Dec. 1, 1994 | Class 9: Electrical control apparatus, electrical machines, and electrical supplies, namely controllers for dynamo-electric machines; starting, stopping, reversing, and speed regulating apparatus for motors, and voltage and current regulating apparatus for generators, and like control apparatus for rotary converters; current breakers; electrical panelboards and multi-breakers;…insulating bases and supports for switches and the like;…fuse panels; terminal lugs; wiring fixtures and conduit fittings consisting of switches, switch boxes and covers, attachment plugs, taps, receptacles, lamp sockets, and cord connectors;…switch panels; control panels;…electric entrance and branch service equipment, namely circuit breakers, panels, and |

5

| | | enclosures therefor, and parts thereof; busways; |
|---|---|---|
| Cutler-Hammer RN: 545127 | Jul. 17, 1951 Aug. 12, 1893 | Class 9: Electrical control apparatus, electrical machines, and electrical supplies, consisting of…voltage and current regulating apparatus for generators, and like control apparatus for rotary converters; current breakers;...electrical panelboards and multi-breakers;…insulating bases and supports for switches and the like;…fuse panels; terminal lugs; wiring fixtures and conduit fittings comprising switches, switch boxes and covers, attachment plugs, taps, receptacles, [ lamp sockets, ] and cord connectors;…contactors; switch panels; control panels;… |
| QUICKLAG RN: 411795 | Feb. 06, 1945 Oct. 1940 | Class 9: electric circuit breakers |

16.    Copies of the USPTO records of registrations for the Eaton Marks are attached as Ex. 1

17.    Each Eaton branded circuit breaker displays at least one Eaton Mark and, in most cases, display several Eaton Marks. Eaton circuit breakers are commonly shipped in cartons which also bear one or more Eaton Marks.

18.    Eaton has continuously and exclusively used the Eaton Marks, including those listed above, in association with superior quality circuit breakers in the United States, and, as a result, those marks have become famous. Eaton's circuit breakers are widely recognized and exclusively associated by the relevant consuming public and trade as being high-quality products which meet the required regulatory standards. The widespread fame in the industry, outstanding reputation, and significant goodwill associated with Eaton's Marks are invaluable assets to Eaton.

19.    Unfortunately, Eaton Marks have become a popular target of counterfeiters who are drawn to Eaton's reputation and the high demand for Eaton breakers.

**Counterfeit Breakers Generally**

20.    Most of the breakers at issue in this case are called Molded Case Circuit Breakers,

6

referred to as "MCCB's." These are large breakers used in industrial settings, designed to handle larger currents and voltages than the circuit breakers most people see in residential installations.

21.    Many of the counterfeit breakers relevant to this case were, at one point, genuine breakers made by Eaton manufactured to the IEC standard for sale outside of the United States. After Eaton manufactures these IEC breakers, they are shipped to international Eaton locations and then sold from these international locations to markets outside of the United States and intended only for use outside of the United States. The Defendants are obtaining these IEC breakers through unknown means, importing them into the U.S., relabeling them as entirely different breakers, and then reselling the relabeled breakers in the U.S. In relabeling the breakers, Defendants are replacing Eaton trademarks as well as important technical information, such as the breaker's serial numbers, current rating, voltage rating, temperature rating, UPC codes, date codes, the phrase "NOT FOR RESALE IN THE US OR CANADA," and other technical information. it also includes the alteration or counterfeiting of carton labels. Defendants' removal of this information makes it more difficult for their customers to detect a tampered breaker, and makes it more difficult for Eaton to authenticate the breaker. The defendants appear to remove these laser markings through various sanding or abrasive processes.

22.    Eaton invests substantial time, energy and capital in ensuring its products comply with specific engineering and safety standards. In general, the NEMA / CSA / UL standard applies to breakers sold in North America, while the IEC standard applies to breakers sold in other parts of the world. Breakers manufactured under one standard are not interchangeable with a breaker manufactured under the other standard.

23.    Genuine breakers manufactured by Eaton incorporate serial numbers, date codes and product rating information. (Exemplar of Genuine Eaton Circuit Breaker Manufactured to

NEMA standard, Ex. 2; Exemplar of Genuine Eaton Circuit Breaker Manufactured to IEC Standard, Ex. 3.) This information appears on genuine breakers manufactured by Eaton in multiple places and can appear in the form of (i) adhesive labels on the product itself; (ii) adhesive labels on the box the product comes in, and/or (iii) laser markings applied to the breakers.

24.    The front panel of genuine Eaton MCCB's contain two adhesive labels referred to as "nameplates." (Ex. 2.) The nameplate on the left includes the Eaton trademark and may also include the Cutler-Hammer trademark. (Id.) Beneath the trademarks, the product family designation appears. (Id.) Below that is a clear window which allows technical and commercial information, such as the style number and catalog number, printed on a separate label beneath the label, to show through. (Id.) The label on the right includes a space where a small square certification label is applied *if* the breaker is manufactured to the NEMA / UL / CSA standard. (Id.) This certification label is where the UL and CSA certification marks appear. (Id.) These marks are not present when the breaker is manufactured to the IEC standard. (Ex. 3.)

25.    The serial numbers found on genuine Eaton breakers are applied at the factory. The serial number on a genuine Eaton breaker allows Eaton to identify the date of manufacture, the location where the breaker was manufactured, and the specific physical configuration of the breaker. The serial number also enables Eaton to track down any quality control problems: if a genuine Eaton breaker does not perform as expected in the field, the serial number enables Eaton to identify the exact date and circumstances of manufacture, which in turn allows Eaton to identify the cause of any manufacturing defect. This allows Eaton to continuously monitor the quality of its breakers.

26.    The serial numbers present on Eaton breakers also support Eaton's warranty process. Eaton provides a warranty for its breakers when the breakers are sold through an

authorized Eaton distributor. If a problem arises with a breaker, the end user would return the breaker to its supplier. If the supplier is an authorized Eaton distributor, it would typically replace the breaker while also returning the original breaker to Eaton for analysis. Eaton reviews breakers returned by its authorized distributors as part of its continuous quality control process. The serial numbers, date codes and other information on an original Eaton breaker allow Eaton to identify the specific manufacturing location and date. While manufacturing defects are rare, this information is critical to identifying and correcting any problems that arise during the manufacturing process, and for proactively identifying any additional breakers which may be affected.

27.    Sometimes end users attempt to return counterfeit breakers, and/or breakers bearing counterfeit labels, to authorized Eaton distributors, even though they did not acquire the breaker from that distributor. In this scenario, the serial numbers and other markings present on genuine Eaton products, if still present, allow Eaton and its authorized distributors to determine that the end user did *not* originally obtain the breaker from Eaton or an authorized Eaton distributor, and therefore that an exchange would not be appropriate. This protects Eaton's authorized distributors from having to replace breakers which they did not sell to the end user, and protects Eaton from having to invest time investigating purported quality defects for breakers which are mislabeled. When the original serial numbers and markings are missing, it is more difficult for Eaton to determine whether the nameplates on the breaker are genuine; i.e., whether the nameplates identify the correct model of breaker and correct current and voltage ratings.

28.    Breakers bearing counterfeit labels, often ship in cartons which also bear counterfeit Eaton trademarks.

29.    Defendants' altered breakers appear to the end user to be entirely different breakers

(with different break points and adhering to different standards) than they actually are; as a result, they pose technical and safety risks to Eaton's customers. These breakers can trip at voltages and currents lower than expected, if the breaker's *actual* rating is *lower* than that shown on the label, resulting in a nuisance to Eaton's customers and potential equipment damage from excessive or premature tripping. These breakers can also trip at voltages and currents higher than expected, or not trip at all, if the breaker's *actual* rating is *higher* than that shown on the label. In these instances, the breaker will not protect the circuit the way the customer expects it to. Where the difference is extreme between the current at which the breaker will trip and the current listed on the label (for example where the difference is 100 amps, as detailed in ¶ 66, *infra*) the breaker not tripping under the expected conditions could lead to melted or degraded wires, electrocution, and/or fires, leading to major damage to equipment, facilities, and the people who live and work in or near such facilities.

30.    This is especially dangerous given where these kinds of circuit breakers are regularly installed. Most of the breakers at issue in this case are for commercial installations; as detailed below, some of these counterfeit circuit breakers have been found at nuclear power plants. As such, given the kinds of locations where these kind of circuit breakers are installed, significant property damage or bodily harm could result from counterfeit breakers which trip at unpredictable voltages or currents.

31.    Eaton has taken several steps to ensure members of the electrical industry and general public are aware of counterfeit breakers and can identify them. In addition, other industry bodies, including the Nuclear Regulatory Commission ("NRC"), the Electrical Power Research Institute ("EPRI"), and Underwriters Laboratories ("UL") have published information regarding counterfeit products to the industry at large.

32. Eaton maintains a webpage at www.eaton.com/counterfeit, which contains information about counterfeit circuit breakers. This page links to several other pages, including presentations, papers, and information about how to use the information marked on genuine Eaton circuit breakers to authenticate those breakers. Using Eaton's website, the serial number information on the breaker, and the other marks on the breaker, end users can determine whether a breaker is genuine.

33. Eaton also maintains email addresses for industry members and others to report suspected counterfeit goods. As early as 2012, that email address was unauthorizedproducts@eaton.com, and more recently, report_fakes@eaton.com

34. Eaton's website cautions members of the industry of the risks of obtaining counterfeit breakers, or breakers bearing counterfeit labels, when buying breakers offered as "reconditioned" or "refurbished," and when buying breakers in the second-hand market generally.

35. Eaton also maintains an app called Easton Asset Manager which permits end users to access technical data and test reports, and to authenticate circuit breakers.

36. Eaton has also posted online a pre-recorded webinar discussing how to identify counterfeit circuit breakers.

37. On or about March 29, 2010, I sent a letter to industry groups regarding IEC breakers which we found available for sale in the United States, which had been relabeled with counterfeit labels declaring the breakers to be NEMA/UL/CSA breakers. In this letter, we identified the differences between genuine Eaton circuit breakers and the breakers bearing counterfeit labels in order to inform the industry and the public how to distinguish breakers bearing counterfeit labels from genuine Eaton products. (March 29, 2010 Letter from T. Grace, Ex. 4.)

38. This letter was published by several third party industry groups, including the

11

Professional Electrical Apparatus Reconditioning League ("PEARL"). According to my review of the Wayback Machine, this letter appears to have been available on the PEARL website as recently as 2016. (Archive of http://www.pearl1.org/downloads/Eaton-UL-Domestic-Suspect-Circuit-Breakers.pdf, Ex. 5.) This letter was also distributed through industry group chat platforms, like Electrician Talk, and is still available at https://www.electriciantalk.com/threads/counterfiet-eaton-cutler-hammer-breakers.13173/. (Electrician Talk Thread, Ex. 6.)

39.    On or about June 17, 2010, The Electrical Power Research Institute ("EPRI") presented at a Nuclear Regulatory Commission ("NRC") workshop on Vendor Oversight for New Reactor Construction, titled "Counterfeit and Fraudulent Items – Mitigating the Risk." (Ex. 7.) Circuit breakers were among the items EPRI specifically identified as being potentially counterfeit and requiring additional caution when purchasing. (Id.)

40.    In March 2014, Eaton published White Paper WP012002EN, titled "Suspect, counterfeit and fraudulent electrical products: targeting authenticity." (Ex. 8.) This paper was distributed to the industry via the Eaton's website at eaton.com/counterfeit.

41.    On or about July 29, 2014, EPRI published a paper titled "Plant Support Engineering: Counterfeit and Fraudulent Items—Mitigating the Increasing Risk." (Ex. 9.) The paper is publicly available and discusses counterfeit circuit breakers as well as Eaton's tools for detecting counterfeit circuit breakers. (Id.)

42.    Beginning in 2015, Eaton launched its "power of authenticity" campaign. This campaign incorporated videos and digital marketing files that Eaton developed jointly with industry partners. This campaign includes, but is not limited to:

   a.   A video titled "Eaton Power of Authenticity: Combatting Counterfeit Circuit Breakers" hosted on Van Meter Inc.'s YouTube channel (https://www.youtube.com/watch?v=h7PAPNuDSjI).

   b.   In or around 2018 Eaton published a video on its YouTube channel titled

"Counterfeit and Gray Market Breakers, located at https://www.youtube.com/watch?v=VaWLOqsAZJM. This video explicitly discussed the presence of counterfeit goods in the industry, especially in the secondary market.

c. A video entitled "The Power of Authenticity (PoA) by Eaton" published on Werner Electric Supply's YouTube channel (https://youtu.be/2is_MQMBXGM) approximately 5 years ago.

d. A video entitled "Protection you can count on Eaton's Power of Authenticity" published on Eaton's YouTube channel (https://youtu.be/keCm4Q4Gmz8) approximately 3 years ago.

e. A digital brochure regarding counterfeits published in partnership with Professional Electric Products Company ("Pepco"). This document is publicly available on Pepco's website. (Ex. 10.)

f. A digital brochure jointly developed and published with WESCO, a distributor of Eaton products, as a guide to the industry warning of the presence of counterfeit breakers in the secondary market. (Easton / Wesco Counterfeit Risk Guide, Ex. 11.) This document is publicly available on Wesco's website.

43.    All of these items explicitly connected making purchases in the secondary market with the risk of obtaining counterfeit goods.

44.    In or about February of 2022, the NRC issued a report documenting its audit findings and recommendations on NRC's oversight of Counterfeit, Fraudulent and Suspect Items ("CFSI") at nuclear power plants. (NRC Report OIG-22-A-06, Ex. 12.) The report is publicly available and discusses counterfeit circuit breakers in Nuclear Power Plants, and specifically notes that counterfeit breakers have been found at nuclear power plants. (Id.)

45.    Applying counterfeit labels to a once-genuine Eaton breaker can be profitable for counterfeiters in a number of ways. One way to do this at a profit is to acquire used, but genuine, Eaton breakers and then apply new labels to it, making it appear as a different, more expensive breaker. Another way to profit is to acquire new Eaton breakers manufactured to a specific engineering standard, and then label them as meeting a different engineering standard, where the breakers manufactured to the second (counterfeit) standard fetch a higher price. A third way to

13

profit is to use labels simply to dispose of existing inventory; if the customer needs a particular breaker, but the counterfeiter does not have the correct breaker in stock, it simply applies a counterfeit label to some other breaker.

46.    Eaton has taken several steps to stem the flow of counterfeit breakers, and breakers bearing counterfeit labels, in the marketplace. These steps include: issuing public notices to the marketplace on how to identify counterfeit breakers and breakers bearing counterfeit labels; adding features to its carton labels to make them more difficult to copy; improving product serialization and making a product authentication tool publicly available to enable Eaton customers to authenticate products; adding laser markings, barcodes and QR codes to its products; referring instances of counterfeit breakers to federal regulatory agencies, including the Nuclear Regulatory Commission; and referring instances of counterfeit breakers to federal law enforcement agencies.

47.    Despite these efforts, Eaton has observed an increase in counterfeit breakers, and breakers bearing counterfeit labels, throughout the United States, sold by several different entities. Many of the illicit breakers appear to have common elements, including the abrasive removal of laser markings.

## Breakers Unlimited

48.    Breakers Unlimited is a breaker distributor headquartered in Indianapolis. According to their website, they have approximately 10 locations throughout the United States, though I believe the specifics of these locations have changed slightly over the years.

49.    Breakers Unlimited does not appear to limit its business to those states where it has physical locations; for example, the test purchase described below was conducted from Illinois.

50.    Breakers Unlimited is not, and never has been, an authorized Eaton distributor.

51.    Eaton has corresponded with Breakers Unlimited in the past regarding its business

14

practices. In 2008, Eaton exchanged several letters with Breakers Unlimited regarding Breaker's Unlimited practice of tampering with Eaton's labels. (Exs. 13-17.) At the time, Breakers Unlimited was removing serial numbers, but not trademarks, from genuine Eaton breakers. (Id.)

52.     Notably, in that 2008 exchange of letters, Breakers Unlimited, through counsel, insisted that it "does not sell counterfeit material." (Ex. 16 at 2.) Just a year later, in June 2009, Breakers Unlimited was found guilty, after a jury trial, of selling counterfeit breakers in *Square D Company v. Breakers Unlimited*, 2007-cv-00806-WTL-DML, in federal court in the Southern District of Indiana. (Ex. 18.)

53.     Since at least 2008, I have come to associate a particular warranty label with Breakers Unlimited. In earlier years, this warranty sticker explicitly stated "Breakers Unlimited, Inc.," as shown in the image on the left below. In more recent years, the warranty sticker appears largely the same, but does not explicitly state "Breakers Unlimited, Inc."



Older Breakers Unlimited Label



Newer Breakers Unlimited Label

54.     In 2018, a contractor in Florida attempted to return a circuit breaker to an Eaton Authorized Distributor in Florida. That circuit breaker:

   a.  Bore the "removal voids warranty" sticker I have come to associate with Breakers Unlimited (Ex. 19 at 5.);

   b.  Had original laser markings abrasively removed or removed by laser (Id. at 6) ; but,

   c. Did not appear to show tampering with the Eaton Marks. (Id. at 3) (showing instead that the date code was removed by lifting the label, removing the date code, and then reapplying the same label)

55. In or around December of 2022, I received an inquiry from an Eaton customer, Voyten Electric, who had inadvertently received a product return from Wesco for breakers Wesco had actually purchased from Breakers Unlimited, not Voyten. The employee at Voyten questioned the authenticity of the breakers and contacted me. The Voyten employee provided photos of the breakers as well as email instructions from Wesco that included the Breakers Unlimited RGA# PE05282521. I reviewed the photos provided and confirmed all 10 of these breakers appear to be breakers bearing counterfeit labels (Ex. 20.):

   a. The carton labels all appear to be counterfeit as they do not have an Eaton watermark. The breakers appear to bear counterfeit nameplates, as the labels are for NEMA/UL/CSA breakers but the breakers appear to actually be IEC breakers. One of the breakers still has a readable serial number barcode, and that barcode confirms it is an IEC breaker, originally an FWF3032VL shipped to Eaton Dubai on 10/09/2020 (Id. at 5.)

   b. Most of the breakers appear to have original laser markings removed or altered (Id.);

   c. Four of the 10 breakers bore the Breakers Unlimited warranty labels (Id.).

56. In January of 2023, this information was shared with Wesco Category Manager, Michael Abraham and in June of 2023, Mr. Abraham confirmed via email that Wesco had restricted Breakers Unlimited in their system. (Ex. 21.)

57. In or around March of 2023, Eaton received a report of four circuit breakers bearing counterfeit labels at a Florida Power and Light / Next Era Energy plant. (Ex. 22.) These breakers were in cartons which bore counterfeit Eaton labels, as they were missing the watermark that is present on genuine Eaton carton labels. I inspected each of these breakers:

   a. Each of these breakers bore the "Removal Voids Warranty" sticker we have come to associate with Breakers Unlimited.

b. Each of these breakers had some of the original laser markings had abrasively removed from the breakers, and it appears that new markings were applied by laser.

c. Each of these breakers still bore at least one original serial number, which I used to confirm that the breakers were originally manufactured as FWF3032VL breakers. These are IEC breakers originally shipped to Eaton Dubai on August 11, 2020.

d. The nameplates, which incorporate the Eaton name, are counterfeit because the original nameplates would have read "FWF" while the new nameplates on these breakers read "HFD."

58.    Through investigation with the end customer (Florida Power and Light / Next Era Energy) and its suppliers, we determined that the breakers did in fact originate with Breakers Unlimited. Particularly, Fred Mitchell of Rexel confirmed that Rexel obtained these breakers from Breakers Unlimited. (Ex. 23.)

59.    In January 2024, I received an inquiry from the Davis-Besse nuclear plant in Ohio regarding fourteen breakers. I have examined these breakers and determined all of these breakers to be counterfeit:

a. Seven of the counterfeits had the "Removal Voids Warranty" sticker I have come to associate with Breakers Unlimited.

b. Thirteen of the fourteen breakers had carton labels which were not genuine, as they were each missing the watermark found on genuine Eaton carton labels. Further, on eight of the cartons the breaker model number had an additional label-printer-style label. (Id.)

c. Original laser markings on four breakers had been abrasively removed. (Id.)

d. Nine breakers still bore at least one original Eaton serial number or barcode, which I used to determine the breakers were originally manufactured as FWF3080VL breakers. They were shipped to Eaton Dubai on August 19-25, 2020. (Id.)

e. The nameplates on each of these breakers are counterfeit; the original nameplates would have specified that these were FWF3080VL breakers, but these breakers had been relabeled to indicate that they were HFD3070L breakers. Further, the rating on the breaker handle has been changed. (Id.)

f. The fourteenth breaker had no carton. The breaker, labeled as HFD3070LA06,

17

has no laser-markings on the base molding though a shield mark appears on the cover. The nameplates are counterfeit and reflect a date code inconsistent with the Eaton standard. The current carrying parts of the product does not appear to be of Eaton manufacture.

60. Further investigation determined these breakers were provided to the Davis-Besse nuclear plant by Wesco Toledo, OH.

61. Eaton retained Advanced Investigative Services (AIS) to conduct test purchases from Breakers Unlimited in mid-2024.

62. AIS purchased two purported HFD3030L breakers from Breakers Unlimited. (BU-2024-1 and BU-2024-2, Exs. 24, 25.) I have examined these breakers, and each of them:

   a. Was shipped in a carton bearing a counterfeit label that does not bear the Eaton watermark that is present on genuine Eaton carton labels. (Id.)

   b. Has all serial numbers and other markings abrasively removed from the side of the breaker. (Id.)

   c. Includes a packet of metric screws, evidencing that the original breaker was actually manufactured to the IEC standard, and not the NEMA standard. (Id.)

   d. Includes counterfeit nameplates, as evidenced by the fact that the nameplates are for a NEMA breaker, and by the fact that the under-label portion of the nameplates has been replaced. (Id.)

   e. Includes a copy of Eaton installation instructions for a NEMA breaker, which would not have shipped with the original. (Id.)

63. AIS also purchased an HFD3050L breaker from Breakers Unlimited, BU-2024-3. (Ex. 26.) I have examined this breaker, and it:

   a. Bears a serial number AP795220722212811, which corresponds to an FWF3050VL breaker, not an HFD3050L breaker. (Id.)

   b. Bears an HFD3050L nameplate. The nameplate is counterfeit, as it is not the original nameplate for this product. (Id.)

**Silicon Valley Breaker and Control**

64. In 2017, Eaton learned that a company called Livewire had sold a breaker bearing counterfeit labels. The breaker that first came to Eaton's attention was originally manufactured as

18

a JGH-style breaker but bore counterfeit labels indicating it was a JGC-style breaker. (Ex. 27.) I did not know this at the time, but I now understand that Livewire is owned or controlled by Michael Feltsman and Alex Vaysberg, who also own or control All Industrial, Absolute Electric, and other entities. I believe Michael Feltsman and Alex Vaysberg owned Any Breakers in 2017, before selling it sometime around 2020. I believe Michael Feltsman continued as President of Any Breakers after selling the business.

65.    Livewire told Eaton that it had acquired these breakers from Silicon Valley Breaker and Control. As a result, I asked an authorized Eaton distributor, Bell Electrical, to make a purchase from SVBC. Bell Electrical purchased one breaker, an HFD3050V, from SVBC, and corresponded directly with Jesus Garcia when making this purchase. Bell Electrical provided photos of the breaker they purchased (Ex. 28 at 1-3), as well as forwarding their email correspondence with Mr. Garcia (Id. at 4-7).

66.    I examined the photos provided by Bell Electrical. The serial number on the breaker sold to Bell Electrical by SVBC showed that it was originally a FD3150L (a 150-amp breaker). The counterfeit labels on the breaker sold by SVBC relabeled this product as a 50-amp breaker. I looked in internal Eaton system and confirmed that this breaker was sold to Costa Rica.

67.    Eaton sent a cease and desist letter to Livewire in or around October 31, 2017. (Ex. 29.)

68.    In 2019, Eaton asked AIS to purchase breakers from SVBC. AIS acquired a total of 4 breakers from SVBC. I inspected each of these breakers:

    a.    Three of these breakers was packaged in a box bearing a fake Eaton carton label, as it does not bear the watermark present on genuine Eaton carton labels. (, SVBC-2019-2, SVBC-2019-3, SVBC-2019-4, Exs. 31-33.)

    b.    At least three of these breakers bear counterfeit nameplates (SVBC-2019-2,

19

SVBC 2019-3 and SVBC-2019-4, Exs. 31-33). (Id.)

    c. One breaker, SVBC-2019-1, bore a green "grocery label," which we have come to associate with Anybreakers, and which suggests SVBC obtained this breaker from Anybreakers. (Ex. 30.)

69. In 2020 I directed Voyten Electric to purchase (2) EHD3040 circuit breakers from an eBay seller, SVBC. The products received were shipped by Silicon Valley and Control. While the listing images appeared to depict genuine Eaton products the circuit breakers received were found to have counterfeit carton labels and circuit breaker nameplates. (Ex. 34.)

70. A cease and desist letter was sent to Silicon Valley Breaker and Controls on August 21, 2020. (Ex. 35.)

71. In mid-2024, Eaton asked AIS to purchase additional breakers from SVBC. AIS acquired four molded-case circuit breakers (SVBC-2024-1, SVBC-2024-2, SVBC-2024-3, SVBC-2024-4, Exs. 36-39) and four industrial miniature thermal magnetic circuit breakers (SVBC-2024-5 and SVBC-2024-6, Ex. 41; SVBC-2024-7 and SVBC-2024-8, Ex. 41).

72. With respect to the four molded case circuit breakers:

    a. Each have most or all laser markings abrasively removed. (Exs. 36-39.)

    b. The "factory sealed" label present on each is not original. (Id.)

    c. The nameplates are counterfeit as they bear incorrect or impossible date codes, and do not match Eaton's label construction and formatting requirements. (Id.)

73. With respect to the two industrial miniature thermal magnetic circuit breakers:

    a. The labels appear to be counterfeit as they do not match Eaton's color specification. (Exs. 40-41)

    b. Internal inspection of these breakers revealed that they contain 20-amp bimetals, even though the breakers are labeled as 25-amp breakers. (Id.)

**Bay Power**

74. In April 2008, Eaton sent a cease and desist letter to Bay Power (then called Bay

20

Breakers). In this letter, Eaton noted that Bay Power was removing labels, serial numbers and other information from circuit breakers. Eaton pointed out that this was an "unsafe and dangerous practice," and further pointed out that removal of this information makes it difficult to authenticate genuine breakers and are counterfeit products on the market. (April 2008 Bay Power Letter, Ex. 42.)

75.     In response to this letter, Donna Butcher, then the Chairman of the Board and CFO of Bay Power, called Eaton, agreed to provide the source of the circuit breakers, and agreed to buy circuit breakers only from reputable sources. (July 11, 2018 Bay Power Letter, Ex. 43.) She followed up with an email assuring Eaton that her company was obtaining breakers only from reputable sources. (Id.)

76.     In or around 2012, Eaton detected suspected counterfeit breakers being sold by Lonestar Breaker and Control ("Lonestar") on eBay. Domain name WHOIS information for Lonestar demonstrated that Lonestar was an affiliate of Bay Power: Bay Breaker, Inc. was the listed registrant of Lonestar's domain name, and tom@baybreakers.com was listed as the registrant contact. (Ex. 44.)

77.     In January of 2017, I was contacted by a NextEra Energy ("NEE")/ Florida Power & Light ("FPL") procurement engineer, Dan Kornstadt, who was concerned about the authenticity of (5) Eaton HFD3050VL circuit breakers that had been purchased for commercial grade dedication in a safety application at the St. Lucie Nuclear power station. The concerns expressed by the engineer were related to the missing serial numbers. (Ex. 45.) After reviewing photos of the circuit breakers (Id. at 3-10), it was determined that all cartons had counterfeit labels and that the breakers also had counterfeit labels applied to them.

78.     On further review it was also determined that one of the breakers purchased by

21

NEE/FPL was of unknown manufacture. All of the breakers were found to be non-complaint during testing at the Eaton power lab, Beaver, PA. (Ex. 46.)

79.    The counterfeit breakers supplied to NEE/FPL were invoiced by GEXPRO Services of Irving, TX though they were purchased from Lonestar Breaker & Control of San Jose, CA. (Ex. 47.)

80.    The details of the case were referred to federal law enforcement.

81.    In or around February of 2018, a Homeland Security Investigations agent based in Dallas, Texas, asked me to authenticate an HFD3030L and an HFD3150L and found the HFD3030L breaker to be counterfeit. It was my understanding at the time that these breakers were obtained from Lonestar.

82.    In or around April of 2018, a Homeland Security Investigations agent based in Dallas, Texas asked me to authenticate three HFD3030VL circuit breakers and two HFD3050VL circuit breakers, based on photos he provided. I reviewed these photos and confirmed that all five of the breakers appear to bear counterfeit labels. It was my understanding at the time that these breakers were also obtained from Lonestar. (Ex. 48.)

83.    In 2018, Eaton detected breakers bearing counterfeit labels sold by Bay Power on eBay. On July 11, 2018, Eaton sent Bay Power a cease and desist letter identifying breakers with counterfeit nameplates sold by Bay Power on eBay. (Ex. 43.) In response to that letter Tom Butcher, identifying himself as CEO of Bay Power, Inc. called Eaton and followed up with an email stating "we have no interest in being associated with anything considered counterfeit" but also claiming that the images on eBay are "stock" images and that Bay Power has "no idea what to look for" to understand counterfeit goods. Tom Butcher stated that he would "spend some time on" Eaton's anti-counterfeiting webpages and would direct any questions he has to me. (July 19,

22

2018 Email from Tom Butcher to Daniel Kalka, Ex. 49.)

84.    In 2018, Eaton asked AIS to purchase breakers from Bay Power. AIS obtained 10 breakers. I have inspected these breakers and seven of them bore counterfeit labels.

a. Breaker BP-2018-3 came in a carton with a counterfeit label (the carton label does not bear an Eaton watermark). It bears an orange grocery sticker like those we have come to associate with Anybreakers. The original barcode was still present on the breaker, and indicated the actual breaker was an HFWF3050VL, meaning the breaker was manufactured to the IEC standard. The original breaker was shipped to Eaton Dubai. The breaker has been relabeled with a counterfeit nameplate, which now indicates the breaker is an HFD3050L. The breaker also bears a UL sticker, which is also incorrect, as the breaker was not manufactured to the UL/NEMA standard. The counterfeit label also bears an incorrect catalog number, style number and date code. (Ex. 50.)

b. Breaker BP-2018-4 has the same indications of counterfeiting as Breaker BP-2019-3. (Ex. 51.)

c. Breaker BP-2018-5 is similar to breakers BP-2018-4 and BP-2018-3, but it is missing the original barcode. It bears additional stickers on the unit which are only found on breakers manufactured to the IEC standard, and the nameplate is not genuine because it does not match genuine Eaton nameplates; particularly, the under-label is shorter and differs from the specification for a genuine Eaton nameplate under-label. (Ex. 52.)

d. Breaker BP-2018-6 has the same indications of counterfeiting as breaker BP-2019-5. (Ex. 53.)

e. Breaker BP-2018-7 came in a carton with a counterfeit carton label, which does not bear the Eaton watermark found on genuine carton labels. Some of the original markings have been abrasively removed. The nameplates are counterfeit because the date code found on the nameplates (2008) does not match the date codes found elsewhere on the breaker (2018). The breaker bears a 'grocery sticker' we have come to associate with Anybreakers. Further, the original barcode on the breaker indicates the breaker is an FD3060L, while the nameplates state that the breaker is an HFD3060V. (Ex. 54.)

f. Breaker BP-2018-8 has the same indications of counterfeiting as breaker BP-2019-7. (Ex. 55.)

85.    In June of 2023, I had a phone call and exchanged text messages with Tom Butcher of Bay Power. During that call and text message exchange, Tom Butcher relayed to me that he believed SVBC to be trafficking in counterfeit breakers. He also relayed to me that he had

terminated Bay Power's relationship with SVBC, and that Bay Power will no longer purchase breakers from, or sell breakers to, SVBC.

86. In mid-2024, Eaton asked AIS to purchase breakers from Bay Power. AIS obtained a total of six breakers, which I have inspected.

 a. Breaker BP-2024-1 appears to have its original serial numbers and other markings removed. Without additional information about this breaker, I cannot confirm whether it is counterfeit. (Ex. 56.)

 b. Breaker BP-2024-2 bears a blue label, which Eaton has not applied to breakers for at least 20 years. Without additional information about this breaker, I cannot confirm whether it is counterfeit. (Ex. 57.)

 c. Breaker BP-2024-3 bears counterfeit nameplates. There are markings on the breaker which indicate it was originally manufactured to the IEC standard, but the nameplates on the breaker are for breakers manufactured to the NEMA standard. (Ex. 58.)

 d. Breaker BP-2024-4 has what appears to be an original Eaton QR code, which matches the information on the nameplate. Accordingly, this appears to be a genuine breaker. (Ex. 59.)

 e. Breaker BP-2024-5 arrived in a carton with what appears to be a genuine Eaton carton label (it has the Eaton watermark), though the label has been cut to remove tracking and authentication information. The breaker has had serial numbers, barcodes, and other identifiers abrasively removed from the breaker. Accordingly, this appears to be a genuine breaker, with the quality control and tracking information removed. (Ex. 60.)

 f. Breaker BP-2024-6 is similar to BP-2024-5, in that it appears to be a genuine breaker, but with all quality control and tracking information removed. (Ex. 61.)

**Any Breakers**

87. As noted elsewhere in this declaration, I have come to associate "grocery-style" stickers with product that originated with Any Breakers. As set forth above, breakers bearing those stickers have been traced back to at least SVBC, and Bay Power. This suggests to me that each of these companies has acquired at least some breakers from Any Breakers.

88. In 2021, Next Era Energy detected two suspected counterfeit Eaton breakers,

24

bearing model number HFD3015L. After confirming these breakers bore counterfeit nameplates, I determined that Next Era Energy had purchased them from Kellner Electronics, who in turn purchased them from RG Industries. It is my understanding that RG Industries shares common ownership with Any Breakers.

89.    In 2024, Eaton asked AIS to purchase breakers from Any Breakers. AIS has reported to me that Any Breakers referred the purchase to "All Industrial Supply." All Industrial Supply is an authorized Eaton distributor located approximately two blocks away from Any Breakers. AIS contacted All Industrial Supply's number and ordered two breakers. I note that All Industrial Supply's name appears on the invoices, but the breakers themselves shipped from Absolute Electric Supply in Houston, Texas.

90.    I have inspected the breakers obtained by AIS.

    a. Breaker AB-2024-1 arrived in a carton with a counterfeit carton label; there is no watermark on the label. The breaker itself has had serialization and product information abrasively removed. The nameplates are counterfeit, as the underlabel beneath the nameplate does not comply with Eaton specifications, and it would not be possible to replace the underlabel without also replacing the nameplate label. (Ex. 62.)

    b. Breaker AB-2024-2 bears the same indications of counterfeiting as Breaker AB-2024-1. (Ex. 63.)

Dated: 6/29/26