**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| EATON CORPORATION, | ) | CASE NO. 1:25-cv-00103-JPH-TAB |
| , | ) | |
|  | ) | ***FILED EX PARTE*** |
| Plaintiff(s), | ) | **MOTION TO APPEAR *PRO HAC VICE*** |
|  | ) | |
| v. | ) | |
|  | ) | |
| BREAKERS UNLIMITED INC., BAY | ) | |
| POWER INC., ANY BREAKERS LLC, | ) | |
| CONSOLIDATED PARTS INC. d/b/a ALL | ) | |
| INDUSTRIAL ELECTRIC SUPPLY, OTC | ) | |
| ENTERPRISES LLC d/b/a ABSOLUTE | ) | |
| ELECTRIC SUPPLY, SILICON VALLEY | ) | |
| BREAKER AND CONTROL INC., JESUS | ) | |
| JESUS GARCIA, JOHN DOE 1- 10, and | ) | |
| XYZ CORP. 1-10, | ) | |
|  | ) | |
| Defendant(s). | ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S.D. Ind. Local Rule 83-6(a), **Meghan E. McCormick** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Silicon Valley Breaker and Control, Inc., and Jesus Garcia** in the above-styled cause only. In support of this motion, the undersigned states:

1.      I am a member of the California State Bar and was admitted to practice in California on June 22, 2012 and I am in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): United States District Court Northern District of California admitted 03/04/2013; United States District Court Central District of California 12/23/2013. I am a member of the State of Wisconsin Bar and am in good standing (inactive status) and was admitted to practice on June 20, 2000; I am also a member of the Minnesota State Bar and was admitted to practice on October 23, 2000 and am a member in good standing (inactive status).

Additionally, I am a member of the Florida State Bar, admitted on October 12, 2004 and am a member in good standing.

2.      I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.      I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.      The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: July 2, 2026                              Respectfully submitted,


    */s/ Meghan E. McCormick*
Meghan E. McCormick, Esq. (CA Bar No. 283853)
INFINITY LAW GROUP LLP
1020 Aileen Street
Lafayette, CA 94549
Tel: 925-732-1188
Fax: 925-732-1189
Email:  mmcormick@infinitylawca.com

# CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Infinity Law Group LLP, 1020 Aileen St., Lafayette, CA 94549. On July 2, 2026, I served the following document(s) on all interested parties to this action in the manner described as follows:

### *FILED EX PARTE* MOTION TO APPEAR *PRO HAC VICE* and CERTIFICATE OF SERVICE

on the above parties in this action by:

[X] ELECTRONIC MAIL: By transmitting via electronic mail the document(s) listed above to the addresses set forth below on July 2, 2026.

| | |
|---|---|
| **Bella DiCarlo**<br>Greenberg Traurig, P.A.<br>Intellectual Property<br>77 West Wacker Dr., Suite 3100<br>Chicago, IL 60601<br>Phone number: 517-515-9848<br>Email: bella.dicarlo@gtlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION (Plaintiff) |
| **Bina Palnitkar**<br>Greenberg Traurig, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, TX 75201<br>Phone number: 214-665-3727<br>Fax: 214-665-5947<br>Email: palnitkarb@gtlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION (Plaintiff) |
| **Blake H Altman**<br>Greenberg Traurig<br>360 N. Green Street<br>Chicago, IL 60607<br>Phone number: 312-476-5032<br>Email: blake.altman@gtlaw.com<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION (Plaintiff) |
| **Cameron M. Nelson**<br>Greenberg Traurig, P.A<br>360 North Green Street, Suite 1300<br>Chicago, IL 60607<br>Phone number: 312-456-8400<br>Email: nelsonc@gtlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION (Plaintiff) |
| **Jacqueline V. Brousseau**<br>Greenberg Traurig, P.A.<br>360 North Green Street, Suite 1300<br>Chicago, IL 60607<br>Phone number: 312-456-8400<br>Email: jacqueline.brousseau@gtlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION (Plaintiff) |

| | |
|---|---|
| **Katie Cronin**<br>Greenberg Traurig, P.A.<br>360 North Green Street, Suite 1300<br>Chicago, IL 60607<br>Phone number: 312-456-8400<br>Email: cronink@gtlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION<br>(Plaintiff) |
| **Riley H. Floyd**<br>HOOVER HULL TURNER LLP<br>111 Monument Circle, Suite 4400<br>P.O. Box 44989<br>Indianapolis, IN 46244<br>Phone number: (317) 822-4400<br>Fax: (317) 822-0234<br>Email: rfloyd@hooverhullturner.com<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION<br>(Plaintiff) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 2, 2026

Executed by: ___/s/ Lorena Arias_____
Lorena Arias