**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| EATON CORPORATION, | ) | CASE NO. 1:25-cv-00103-JPH-TAB |
| , | ) | |
| | ) | ***FILED EX PARTE*** |
| Plaintiff(s), | ) | **MOTION TO APPEAR *PRO HAC VICE*** |
| | ) | |
| v. | ) | |
| | ) | |
| BREAKERS UNLIMITED INC., BAY | ) | |
| POWER INC., ANY BREAKERS LLC, | ) | |
| CONSOLIDATED PARTS INC. d/b/a ALL | ) | |
| INDUSTRIAL ELECTRIC SUPPLY, OTC | ) | |
| ENTERPRISES LLC d/b/a ABSOLUTE | ) | |
| ELECTRIC SUPPLY, SILICON VALLEY | ) | |
| BREAKER AND CONTROL INC., JESUS | ) | |
| JESUS GARCIA, JOHN DOE 1- 10, and | ) | |
| XYZ CORP. 1-10, | ) | |
| | ) | |
| Defendant(s). | ) | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **Meghan E. McCormick** respectfully requests entry of

an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of

**Silicon Valley Breaker and Control, Inc., and Jesus Garcia** in the above-styled cause only.  In

support of this motion, the undersigned states:

1.    I am a member of the California State Bar and was admitted to practice in California on

June 22, 2012 and I am in good standing (*i.e.,* currently authorized to practice as an attorney) in the

following United States court(s) and/or state's highest court(s): United States District Court, Northern

District of California admitted 6/23/2008; United States District Court, Southern District of California

admitted 11/5/2023; United States District Court Eastern District of California admitted 9/9/2023;

United States District Court Central District of California 2/16/2021. I am a member of the State of

Wisconsin Bar and am in good standing and was admitted to practice on June 20, 2000 and; I am also a

member of the Minnesota State Bar and was admitted to practice on October 23, 2000 and am a member

in good standing.  Additionally, I am a member of the Florida State Bar and am a member in good standing and was admitted to practice on October 12, 2004.

2.    I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.    I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.    The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: July 6, 2025                          Respectfully submitted,


   */s/ Meghan E. McCormick*_____
Meghan E. McCormick, Esq. (CA Bar No. 283853)
INFINITY LAW GROUP LLP
1020 Aileen Street
Lafayette, CA 94549
Tel: 925-732-1188
Fax: 925-732-1189
Email:  mmcormick@infinitylawca.com

## CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Infinity Law Group, 1020 Aileen St., Lafayette, CA 94549. On July 6, 2026, I served the following document(s) on all interested parties to this action in the manner described as follows:

***FILED EX PARTE* MOTION TO APPEAR *PRO HAC VICE*  and CERTIFICATE OF SERVICE**

on the above parties in this action by:

[X] ELECTRONIC MAIL: By transmitting via electronic mail the document(s) listed above to the addresses set forth below on July 6, 2026.

| | |
|---|---|
| **Bella DiCarlo**<br>Greenberg Traurig, P.A<br>Intellectual Property<br>77 West Wacker Dr<br>Suite 3100<br>Chicago, IL 60601<br>517-515-9848<br>Email: bella.dicarlo@gtlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION<br>(Plaintiff) |
| **Bina Palnitkar**<br>Greenberg Traurig, LLP<br>2200 Ross Avenue<br>Suite 5200<br>Dallas, TX 75201<br>214-665-3727<br>Fax: 214-665-5947<br>Email: palnitkarb@gtlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION<br>(Plaintiff) |
| **Blake H Altman**<br>Greenberg Traurig<br>360 N. Green Street<br>Chicago, IL 60607<br>312-476-5032<br>Email: blake.altman@gtlaw.com<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION<br>(Plaintiff) |
| **Cameron M. Nelson**<br>Greenberg Traurig, P.A<br>360 North Green Street<br>Suite 1300<br>Chicago, IL 60607<br>312-456-8400<br>Email: nelsonc@gtlaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION<br>(Plaintiff) |
| **Jacqueline V. Brousseau**<br>**Greenberg Traurig, P.A**<br>**360 North Green Street**<br>**Suite 1300**<br>**Chicago, IL 60607**<br>**312-456-8400** | Representing   EATON CORPORATION<br>(Plaintiff) |

| | |
|---|---|
| **Email: jacqueline.brousseau@gtlaw.com**<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | |
| **Katie Cronin**<br>**Greenberg Traurig, P.A**<br>**360 North Green Street**<br>**Suite 1300**<br>**Chicago, IL 60607**<br>**312-456-8400**<br>**Email: cronink@gtlaw.com**<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION (Plaintiff) |
| **Riley H. Floyd**<br>**HOOVER HULL TURNER LLP**<br>**111 Monument Circle**<br>**Suite 4400**<br>**P.O. Box 44989**<br>**Indianapolis, IN 46244**<br>**(317) 822-4400**<br>**Fax: (317) 822-0234**<br>**Email: rfloyd@hooverhullturner.com**<br>*ATTORNEY TO BE NOTICED* | Representing   EATON CORPORATION (Plaintiff) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 6, 2026

Executed by: ___/s/ Linda Pereira_____
Linda Pereira

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| EATON CORPORATION, | ) | CASE NO. 1:25-cv-00103-JPH-TAB |
| , | ) | |
| | ) | |
| Plaintiff(s), | ) | **ORDER GRANTING MOTION TO APPEAR** |
| | **)** | *PRO HAC VICE* |
| | ) | |
| v. | ) | |
| | ) | |
| BREAKERS UNLIMITED INC., BAY | ) | |
| POWER INC., ANY BREAKERS LLC, | ) | |
| CONSOLIDATED PARTS INC. d/b/a ALL | ) | |
| INDUSTRIAL ELECTRIC SUPPLY, OTC | ) | |
| ENTERPRISES LLC d/b/a ABSOLUTE | ) | |
| ELECTRIC SUPPLY, SILICON VALLEY | ) | |
| BREAKER AND CONTROL INC., JESUS | ) | |
| JESUS GARCIA, JOHN DOE 1- 10, and | ) | |
| XYZ CORP. 1-10, | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Meghan E. McCormick** counsel for

**Silicon Valley Breaker and Control, Inc., and Jesus Garcia**, for leave to appear and participate *pro*

*hac vice* in the above-captioned cause only.  Being fully advised, it is now ORDERED that the motion

be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Meghan E. McCormick, Esq. (CA Bar No. 283853)
INFINITY LAW GROUP LLP
1020 Aileen Street
Lafayette, CA 94549
Tel: 925-732-1188
Fax: 925-732-1189
Email:  mmcormick@infinitylawca.com

Distribution list:
To all registered counsel by CM/ECF


**Bella DiCarlo**
**Greenberg Traurig, P.A**
**Intellectual Property**
**77 West Wacker Dr**
**Suite 3100**
**Chicago, IL 60601**
**517-515-9848**
**Email: bella.dicarlo@gtlaw.com**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bina Palnitkar**
**Greenberg Traurig, LLP**
**2200 Ross Avenue**
**Suite 5200**
**Dallas, TX 75201**
**214-665-3727**
**Fax: 214-665-5947**
**Email: palnitkarb@gtlaw.com**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Blake H Altman**
**Greenberg Traurig**
**360 N. Green Street**
**Chicago, IL 60607**
**312-476-5032**
**Email: blake.altman@gtlaw.com**
*ATTORNEY TO BE NOTICED*

**Cameron M. Nelson**
**Greenberg Traurig, P.A**
**360 North Green Street**
**Suite 1300**
**Chicago, IL 60607**
**312-456-8400**
**Email: nelsonc@gtlaw.com**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacqueline V. Brousseau**
**Greenberg Traurig, P.A**
**360 North Green Street**
**Suite 1300**
**Chicago, IL 60607**
**312-456-8400**
**Email:**
**jacqueline.brousseau@gtlaw.com**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katie Cronin**
**Greenberg Traurig, P.A**
**360 North Green Street**
**Suite 1300**
**Chicago, IL 60607**
**312-456-8400**
**Email: cronink@gtlaw.com**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Riley H. Floyd**
**HOOVER HULL TURNER LLP**
**111 Monument Circle**
**Suite 4400**
**P.O. Box 44989**
**Indianapolis, IN 46244**
**(317) 822-4400**
**Fax: (317) 822-0234**
**Email: rfloyd@hooverhullturner.com**
*ATTORNEY TO BE NOTICED*

**V.**
**Defendant**

| | | |
|---|---|---|
| **BREAKERS UNLIMITED INC.** | represented by | **Asia Odessa Livingstone**<br>**Blank Rome LLP**<br>**One Logan Square**<br>**130 N 18th Street**<br>**Philadelphia, PA 19103**<br>**215-569-5788**<br>**Fax: 215-754-4316**<br>**Email:**<br>**asia.livingstone@blankrome.com**<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Reza Saeedi**<br>**Blank Rome LLP**<br>**444 W. Lake Street** |

Ste 1650
Chicago, IL 60606
312-776-2517
Email: daniel.saeedi@blankrome.com
*ATTORNEY TO BE NOTICED*

Terry M. Henry , I
Blank Rome LLP
One Logan square
Philadelphia, PA 19103
215-569-5644
Fax: 215-832-5644
Email: terry.henry@blankrome.com
*ATTORNEY TO BE NOTICED*

Timothy D. Pecsenye
BLANK ROME LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
(215) 569-5619
Fax: (215) 832-5619
Email: pecsenye@blankrome.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BAY POWER INC.**                    represented by    Jason Rauch
                                                        FAEGRE DRINKER BIDDLE &
                                                        REATH LLP (Indianapolis)
                                                        300 North Meridian Street
                                                        Suite 2500
                                                        Indianapolis, IN 46204
                                                        317 237-0300
                                                        Fax: 317 237-1000
                                                        Email:
                                                        jason.rauch@faegredrinker.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        Louis T. Perry
                                                        FAEGRE DRINKER BIDDLE &
                                                        REATH LLP (Indianapolis)
                                                        300 North Meridian Street
                                                        Suite 2500
                                                        Indianapolis, IN 46204
                                                        (317) 237-0300
                                                        Fax: (317) 237-1000
                                                        Email:
                                                        louis.perry@faegredrinker.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**ANY BREAKERS LLC**                    represented by     **Amanda Jane Gallagher**
                                                            **Barnes & Thornburg LLP**
                                                            **11 S. Meridian Street**
                                                            **Indianapolis, IN 46204**
                                                            **317-229-3114**
                                                            **Email:**
                                                            **Amanda.Gallagher@btlaw.com**
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joel Thaddeus Larson , Jr.**
                                                            **BARNES & THORNBURG, LLP**
                                                            **(Indianapolis)**
                                                            **11 South Meridian street**
                                                            **Indianapolis, IN 46204**
                                                            **317-236-1313**
                                                            **Fax: 317-231-7433**
                                                            **Email: jtlarson@btlaw.com**
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joshua L. Simmons**
                                                            **Kirkland & Ellis LLP**
                                                            **601 Lexington Avenue**
                                                            **New York, NY 10022**
                                                            **212-446-4989**
                                                            **Fax: 212-446-4900**
                                                            **Email:**
                                                            **joshua.simmons@kirkland.com**
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Justin Taylor**
                                                            **Kirkland & Ellis**
                                                            **601 Lexington Ave.**
                                                            **New York, NY 10022**
                                                            **212-909-3296**
                                                            **Email: justin.taylor@kirkland.com**
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**CONSOLIDATED PARTS INC. d/b/a**   represented by   **Bart A. Lazar**
**ALL INDUSTRIAL ELECTRIC**                          **Seyfarth Shaw, LLP**
**SUPPLY**                                           **233 S. Wacker Drive**
                                                     **Suite 8000**
                                                     **Chicago, IL 60606**
                                                     **312-460-5986**

Fax: 312-460-7986
Email: blazar@seyfarth.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ethan A Griggs**
**Dinsmore & Shohl LLP**
**211 N Pennsylvania St.**
**Suite 1800**
**Indianapolis, IN 46204**
**463-426-4028**
**Fax: 317-639-6444**
**Email: ethan.griggs@dinsmore.com**
*ATTORNEY TO BE NOTICED*

**Michael Rabinowitch**
**DINSMORE & SHOHL LLP**
**(Indianapolis)**
**211 N. Pennsylvania Street**
**One Indiana Square, Suite 1800**
**Indianapolis, IN 46204-2019**
**(317) 639-6151**
**Fax: (317) 639-6444**
**Email:**
**misha.rabinowitch@dinsmore.com**
*ATTORNEY TO BE NOTICED*

**Robyn E. Marsh**
**SEYFARTH SHAW LLP (Chicago)**
**233 South Wacker Drive**
**Suite 8000**
**Chicago, IL 60606-6448**
**312-460-5000**
**Fax: 312-460-7308**
**Email: rmarsh@seyfarth.com**
*ATTORNEY TO BE NOTICED*

**Vincent Smolczynski**
**Seyfarth Shaw LLP**
**300 South Tryon Street**
**Suite 400**
**Charlotte, NC 28202**
**704-925-6060**
**Email: vsmolczynski@seyfarth.com**
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**OTC ENTERPRISES LLC d/b/a**          **represented by**          **Bart A. Lazar**

| | |
|---|---|
| **ABSOLUTE ELECTRIC SUPPLY** | (See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan A Griggs**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Rabinowitch**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robyn E. Marsh**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **SILICON VALLEY BREAKER AND CONTROL INC.**   represented by | **Ammad Wajahat Rafiqi**<br>**Infinity Law Group LLP**<br>**1020 Aileen Street**<br>**Lafayette, CA 94549**<br>**925-732-1188**<br>**Email: arafiqi@infinitylawca.com**<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sayad Ashar Ahmed**<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>**Post-Montgomery Center**<br>**One Montgomery Street, Suite 1800**<br>**San Francisco, CA 94104**<br>**(415) 288-4545**<br>**Fax: (415) 288-4534**<br>**Email: aahmed@rgrdlaw.com**<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sayed Ahmed**<br>**Infinity Law Group LLP**<br>**1020 Aileen Street**<br>**Lafayette, CA 94549**<br>**925-732-1188**<br>**Fax: 925-732-1189**<br>**Email: aahmed@infinitylawca.com**<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **JESUS GARCIA** | represented by | **Ammad Wajahat Rafiqi**<br>**(See above for address)**<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sayad Ashar Ahmed**<br>**(See above for address)**<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sayed Ahmed**<br>**(See above for address)**<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**<u>Defendant</u>**