S. ASHAR AHMED, ESQ. (CA Bar No. 256711)
MEGHAN MCCORMICK, ESQ. (CA Bar No. 283853)
AMMAD W. RAFIQI, ESQ. (CA Bar No. 349127)
**INFINITY LAW GROUP LLP**
1020 Aileen Street
Lafayette, CA 94549
Tel: 925-732-1188
Fax: 925-732-1189
Email:  aahmed@infinitylawca.com
Email:  mmcormick@infinitylawca.com
Email:  arafiqi@infinitylawca.com

Attorneys for SILICON VALLEY BREAKERS
& CONTROL, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| EATON CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BREAKERS UNLIMITED INC., BAY POWER INC., ANY BREAKERS LLC, CONSOLIDATES PARTS INC. d/b/a ALL INDUSTRIAL ELECTRIC SUPPLY INC., OTC ENTERPRISES LLC d/b/a ABSOLUTE ELECTRIC SUPPLY, SILICON VALLEY BREAKER AND CONTROL INC., SOUTH FLORIDA ELECTRICAL SALES, LLC d/b/a INDUSTRIAL DEPOT, GLOBAL BREAKERS, INC, JESUS GARCIA, JOHN DOES 1-10 and XYZ CORP.,<br><br>        Defendants. | Case No.: **1:25-cv-103-JPH-TAB**<br><br><br>**MOTION TO WITHDRAW DUPLICATE PRO HAC VICE FILING AT DOCKET NO. 408 AND [PROPOSED] ORDER** |

INFINITY LAW GROUP LLP
1020 Aileen Street
Lafayette, California 94549
Tel: (925) 732-1188
Fax: (925) 732-1189

Defendants Silicon Valley Breaker and Control Inc. and Jesus Garcia, by counsel, respectfully move the Court to withdraw the duplicate pro hac vice filing at Docket No. 408. Defendants state that a pro hac vice filing was previously submitted in this matter, and that a second pro hac vice filing was inadvertently filed at Docket No. 408. Defendants do not seek to withdraw counsel's appearance or any pro hac vice admission. Defendants seek only to

1

withdraw the duplicate filing at Docket No. 408. Withdrawal of the duplicate filing will not prejudice any party or delay these proceedings.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and withdraw or strike the duplicate pro hac vice filing at Docket No. 408.

Respectfully submitted,

Dated: July 7, 2026

**INFINITY LAW GROUP LLP**

By: ___*/s/ Meghan E. McCormick*___
S. Ashar Ahmed, Esq. (SBN 283853)
Meghan E. McCormick, Esq. (256711)
1020 Aileen Street
Lafayette, CA 94549
Telephone:    (925) 732-1188
Email: mmccormick@infinitylawca.com

Attorney for Defendant,
SILICON VALLEY BREAKER
AND CONTROL, INC.

**INFINITY LAW GROUP LLP**
1020 Aileen Street
Lafayette, California 94549
Tel: (925) 732-1188
Fax: (925) 732-1189

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 7, 2026, the foregoing document as electronically filed with the Clerk of the court for the United States District Court – Southern District of Indiana, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will send a copy of the foregoing document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 7, 2026

Executed by:  __/s/ Meghan E. McCormick__
Meghan E. McCormick

**INFINITY LAW GROUP LLP**
1020 Aileen Street
Lafayette, California 94549
Tel: (925) 732-1188
Fax: (925) 732-1189

3

# [PROPOSED] ORDER

The Motion is GRANTED. The duplicate pro hac vice filing at **Docket No. 408** is withdrawn/stricken. Counsel's appearance and any previously granted pro hac vice admission are unaffected.

SO ORDERED.

Date: _____

_____
United States District Judge / Magistrate Judge

INFINITY LAW GROUP LLP
1020 Aileen Street
Lafayette, California 94549
Tel: (925) 732-1188
Fax: (925) 732-1189

4