UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EATON CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 1:25-cv-00103-RLY-TAB |
| | ) |
| BAY POWER INC., | ) |
| ANY BREAKERS LLC, | ) |
| CONSOLIDATED PARTS INC. d/b/a ALL | ) |
| INDUSTRIAL ELECTRIC SUPPLY, | ) |
| OTC ENTERPRISES LLC d/b/a ABSOLUTE | ) |
| ELECTRIC SUPPLY, | ) |
| SILICON VALLEY BREAKER AND CONTROL | ) |
| INC., | ) |
| JESUS GARCIA, | ) |
| JOHN DOES 1-10, | ) |
| XYZ CORP. 1-10, | ) |
| SOUTH FLORIDA ELECTRICAL SALES, LLC, | ) |
| GLOBAL BREAKERS, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRATNING MOTION TO WITHDRAW DUPLICATE
PRO HAC VICE FILING AT DOCKET NO. 408**

This matter comes before the Court upon Defendants Silicon Valley Breaker and Control

Inc. and Jesus Garcia's motion to withdraw duplicate filing at Docket No. 408.  The Court, being

duly advised, now GRANTS the Motion. [Filing No. 409.]

IT IS THEREFORE ORDERED that the motion for pro hac vice filed at Filing No. 408 is

hereby withdrawn from the docket of this case.

Date: 7/8/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email