UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EATON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED PARTS INC. d/b/a ALL INDUSTRIAL ELECTRIC SUPPLY, et al.,<br><br>Defendants. | ) | No. 1:25-cv-00103-RLY-TAB |

**ORDER ON TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel on September 10, 2026, for a telephonic status conference to address a discovery dispute raised by Defendant Global Breakers, Inc. Throughout this litigation, Plaintiff Eaton Corporation has taken an aggressive position in discovery, and at times the Court has found its requests to be disproportional to the needs of the case. Indeed, Eaton has contacted the Court with at least five requests to resolve discovery disputes when Eaton has felt it was not getting the vast discovery it should receive. However, with this latest discovery dispute, it is now Eaton that needs to provide additional discovery.

Global Breakers claims that Eaton's initial disclosures and statement of special damages are insufficient and do not comply with Fed. R. Civ. P. 26(a)(1)(A)(iii), which requires "a computation of each category of damages claimed by the disclosing party[.]" The Court agrees that Eaton's disclosures are insufficient and overrules Eaton's objections. Eaton has not provided Global Breakers with calculations or documentation supporting its claimed damages, except in relation to statutory damages and disgorgement with respect to Global Breakers.

While it is hard to define with specificity the exact production that needs to be carried out, it is certainly improper that Eaton has provided Global Breakers with no information on Eaton's lost profits or disgorgement claims related to other Defendants. Eaton alleges a conspiracy among Defendants related to the sale of counterfeit breakers and has expressly invoked joint and several liability as to Global Breakers. Given these allegations, it is improper that Eaton has not supplied Global Breakers with damages calculations relating to all parties. Accordingly, Eaton must, in good faith, produce more information to Global Breakers regarding its lost profits and disgorgement damages and supporting documents within 14 days of this order.

Eaton also raised issues at the status conference regarding Global Breakers' responses to Eaton's requests for production and interrogatories. However, the Court found the parties had not sufficiently met and conferred on these issues ahead of the September 10 conference. Perhaps this is not surprising, since Eaton claims it had been trying to get a date set with Global Breakers for over 14 days. The recurring discovery disputes in this litigation continue to demonstrate that the parties need to have meaningful, productive conversations and strive to resolve their issues, rather than running to the Court every time they encounter a disagreement. Nevertheless, after a proper meet and confer, if Eaton still believes Global Breakers has not adequately responded to its requests, Eaton may file a motion to compel or once again ask the Court to get involved. The Court hopes that will not be necessary.

Date: 9/11/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email